UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22CR00115 SNLJ |
| GEOFFREY P. SHAFFAR, | ) ) ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Defendant's Motion to Suppress Evidence [Doc. 33]. On June 12, 2023, United States Magistrate Judge Abbie Crites-Leoni filed a Report and Recommendation [Doc. 46]. On July 5, 2023, United States Magistrate Judge Abbie Crites-Leoni filed an Amended Report and Recommendation [Doc. 49]. On June 26, 2023, Defendant filed written objections to the Report and Recommendation [Doc. 48]. On July 6, 2023, Defendant filed written objections to the Amended Report and Recommendation [Doc. 51].

**IT IS HEREBY ORDERED** that the Amended Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 49], filed July 5, 2023, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence [Doc. 33] is **DENIED**.

Dated this 12th day of July, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE